[No. 4149–II.   Division Two.   November 4, 1980.]

STEPHEN HAYDEN, ET AL, *Appellants,* v. PORT OF
PORT TOWNSEND, *Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 9304, Gerald B. Chamberlin, J., entered June 1, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Pearson, J.

[Nos. 3325–2–III; 4052–6–III.   Division Three.   November 4, 1980.]

IRVING H. BENNION, ET AL, *Respondents,* v. WILLIAM C.
NEWELL, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Spokane County, No. 245290, Harold D. Clarke, J., and William G. Luscher, J. Pro Tem., entered February 22, 1979 and June 10, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Roe, J.

[No. 3857–II.   Division Two.   November 7, 1980.]

S. L. ROWLAND CONSTRUCTION CO., INC., *Appellants,* v.
PUGET SOUND NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 218109, Arthur W. Verharen, J., entered December 7, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Cochran, J. Pro Tem.